**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01873-RMR-KAS

FORREST A K WELLS, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

SEASTAR MEDICAL HOLDING
CORPORATION, ERIC SCHLORFF, and
CARYL BARON,

      Defendants.

---

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF RAFFI KHAJERIAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

---

I, Adam M. Apton, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.    I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by Raffi Khajerian ("Movant") for appointment as Lead Plaintiff and approval of Movant's selection of counsel for the Class.

2.    Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the certification signed by Movant.

3.    Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

4.    Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of the press release announcing the filing of the first-filed action, which was published on July 10, 2024.

5.    Attached hereto as **<u>Exhibit 4</u>** is a true and correct copy of the Declaration signed by Movant.

6.    Attached hereto as **<u>Exhibit 5</u>** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 6, 2024              */s/ Adam M. Apton*
                                                          Adam M. Apton

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*/s/ Adam M. Apton*
Adam M. Apton
Levi & Korsinsky, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com