**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01873-RMR-KAS

FORREST A K WELLS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SEASTAR MEDICAL HOLDING CORPORATION, ERIC SCHLORFF, and
CARYL BARON,

Defendants.

---

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF THOMAS
HALTER TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S
SELECTION OF COUNSEL**

---

I, Phillip Kim, declare as follows:

1.      I am an attorney admitted to practice in the State of New York and before this Court. I am a partner with The Rosen Law Firm, P.A., counsel for Thomas Halter ("Movant"). I submit this declaration in support of Movant's motion to appoint lead plaintiff and approve Movant's selection of counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

EXHIBIT 1:   PSLRA Early Notice;

EXHIBIT 2:   Movant's PSLRA certification;

EXHIBIT 3:   Movant's Loss Chart; and

1

EXHIBIT 4:    The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 6, 2024.

*/s/Phillip Kim*
Phillip Kim

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On September 6, 2024, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF THOMAS HALTER TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 6, 2024.

*/s/ Phillip Kim*
Phillip Kim