# Exhibit 3

**SeaStar Medical Loss Chart**
**Class Period: October 31, 2022 through March 26, 2024**

| Name | Date Purchased | Shares | 1:25 Reverse Stock Split Adjustment Jun 10, 2024 | Price per share | 1:25 Reverse Stock Split Adjustment | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $11.20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas Halter | 10/19/2023 | 9000 | 360 | ($1.10) | ($27.50) | ($9,900.00) | 6/14/2024 | 360 | $3.31 | $1,191.74 | 0 | $0.00 | ($8,708.26) | |