**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01873-RMR-KAS

FORREST A K WELLS, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

SEASTAR MEDICAL HOLDING
CORPORATION, ERIC SCHLORFF, and
CARYL BARON,

Defendants.

---

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF MOTION OF
GREGORY CONKLIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF LEAD COUNSEL**

---

I, James M. Wilson, Jr., declare as follows:

1.       I am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Gregory Conklin ("Conklin"), for appointment of Conklin as Lead Plaintiff and approval of Conklin's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.       Attached as Exhibits 1 through 6 are true and correct copies of the following documents:

Exhibit 1:       First Notice of Pendency of a Class Action

Exhibit 2:       Conklin's PSLRA Certification

Exhibit 3:       Chart setting forth Conklin's financial interest in this litigation

Exhibit 4:       Declaration of Conklin

Exhibit 5:       Firm Resume of Faruqi & Faruqi, LLP

Exhibit 6:       Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of September, 2024 at New York, NY.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1

2

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ James M. Wilson, Jr.*
James M. Wilson, Jr.
