# EXHIBIT 3

**SeaStar Medical Holding Corporation**
**Class Period: October 31, 2022 and March 26, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | 90-Days* Mean Price $0.4479** Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| **Account 1** | | **(4,900)** | | **($2,192.00)** | | **300** | | **$282.00** | **(4,600)** | **$2,060.23** | **($1,551.77)** |
| **Account 2** | | **(135)** | | **($127.00)** | | | | | **(135)** | **$60.46** | **($66.54)** |
| **Gregory A. Conklin Account Totals** | | **(5,035)** | | **($2,319.00)** | | **300** | | | **(4,735)** | **$2,120.69** | **($1,576.31)** |
| **Account 1** | | | | | | | | | | | |
| | 1/23/2024 | (300) | $0.7969 | ($240.00) | | | | | | | |
| | | | | | 2/12/2024 | 300 | $0.9380 | $282.00 | | | $42.00 |
| | 2/26/2024 | (500) | $0.8828 | ($440.00) | | | | | | | |
| | 2/29/2024 | (2,100) | $0.7209 | ($1,512.00) | | | | | | | |
| | 3/1/2024 | (2,000) | $0.8288 | ($1,660.00) | | | | | | | |
| **Account 2** | | | | | | | | | | | |
| | 3/13/2024 | (135) | $0.9408 | ($127.00) | | | | | | | |

*Avg Closing Prices from March 27, 2024 to June 24, 2024
**Share Price Adjusted for 25:1 Reverse Stock Split on June 10, 2024