**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01873-RMR-KAS

FORREST A K WELLS, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

SEASTAR MEDICAL HOLDING
CORPORATION, ERIC SCHLORFF, and
CARYL BARON,

      Defendants.

---

**RAFFI KHAJERIAN'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF COUSNEL**

---

i

On September 6, 2024, movant Raffi Khajerian ("Mr. Khajerian") filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel, stating that he had suffered a financial loss of $473,539.45 in connection with his purchases of SeaStar Medical Holding Corporation ("SeaStar") securities between October 31, 2022 and March 26, 2024, both dates inclusive (the "Class Period"). *See* ECF No. 7. Four other lead plaintiff motions were filed, but all ultimately withdrew their motions or filed notices of non-opposition, leaving only Mr. Khajerian. On September 27, 2024, Mr. Khajerian filed an opposition to the competing motions. *See* ECF No. 19.

Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class and who satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

As Mr. Khajerian's pending motion is unopposed, Mr. Khajerian respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. Khajerian as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired SeasStar securities during the Class Period; (2) approving Mr. Khajerian's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

*[Signature on following page]*

Dated: September 30, 2024     Respectfully submitted,

            **LEVI & KORSINSKY, LLP**

            */s/ Adam M. Apton*
            Adam M. Apton
            33 Whitehall Street, 17th Floor
            New York, NY 10004
            Telephone: (212) 363-7500
            Facsimile: (212) 363-7171
            Email: aapton@zlk.com

            *Counsel for Raffi Khajerian and Proposed*
            *Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail

addresses denoted on the Court's Electronic Mail Notice List.

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*

Adam M. Apton

33 Whitehall Street, 17th Floor

New York, NY 10004

Telephone: (212) 363-7500

Facsimile: (212) 363-7171

Email: aapton@zlk.com

3