## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FORREST A K WELLS, Individually and
on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

SEASTAR MEDICAL HOLDING
CORPORATION,
ERIC SCHLORFF, and
CARYL BARON,

     Defendants.

Civil Action No. 1:24-cv-01873-RMR-TPO

### JOINT (UNOPPOSED) MOTION TO SET A BRIEFING
### SCHEDULE AND TO VACATE SCHEDULING CONFERENCE

The Parties—Lead Plaintiff Raffi Khajerian ("Plaintiff") and Defendants SeaStar Medical Holding Corporation, Eric Schlorff, and Caryl Baron ("Defendants")—respectfully request that this Court set a stipulated briefing schedule and vacate the scheduling conference currently set for January 22, 2025. Under D.C.COLO.LCivR. 7.1A, the Parties certify that they conferred on this Joint Motion and that they jointly seek this relief. In support of this Joint Motion, the Parties state as follows:

1. On July 5, 2024, Forrest A K Wells filed the instant action, a putative class action asserting claims under the Securities Exchange Act of 1934. (Dkt. No. 1.) This action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA").

2. On September 6, 2024, five motions for appointment of lead plaintiff and lead counsel were filed, including a motion filed by Plaintiff. (Dkt. Nos. 6, 7, 9, 11, & 13.)

3.    By Order dated November 5, 2024, the Court ordered a scheduling conference before Magistrate Judge Timothy P. O'Hara.  (Dkt. No. 22.)

4.    On December 27, 2024, the Court granted Plaintiff's motion and appointed Plaintiff Lead Plaintiff and Plaintiff's undersigned counsel Lead Counsel.  The Court denied the remaining four motions.  (Dkt. No. 24.)

5.    The Parties anticipate that Plaintiff will file an amended complaint.  Therefore, the current complaint is unlikely to contain the precise allegations that will govern this action going forward.

6.    Accordingly, the Parties respectfully request the following schedule for an amended complaint and response: (1) Plaintiff shall file an amended complaint on or before March 4, 2025; (2) Defendants shall answer, move against, or otherwise respond to the amended complaint on or before May 5, 2025; (3) if Defendants move to dismiss the amended complaint, Plaintiff shall file a response brief on or before June 19, 2025; (4) Defendants shall file any reply brief on or before July 21, 2025.

7.    The Parties also request that the scheduling conference currently set for January 22, 2025 be vacated.  The PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), provides: "In any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss . . . ."  After an amended complaint is filed, Defendants anticipate filing a motion to dismiss the amended complaint.  Accordingly, the Parties therefore respectfully request that the January 22, 2025 scheduling conference be vacated.

8.    Pursuant to D.C.COLO.LCivR. 6.1(c), counsel for the Parties certify that this Joint Motion has been served on each of their clients.

9.     This Joint Motion is the first extension of time sought by Defendants to respond to the complaint.

WHEREFORE, for good cause shown, the Parties jointly request the Court enter an Order as follows:

1.     Plaintiff shall file an amended complaint on or before March 4, 2025;

2.     Defendants shall answer, move against, or otherwise respond to the amended complaint on or before May 5, 2025;

3.     If Defendants move to dismiss the amended complaint, Plaintiff shall file a response brief on or before June 19, 2025; and

4.     Defendants shall file any reply brief on or before July 21, 2025.

5.     The January 22, 2025 scheduling conference before Magistrate Judge Timothy P. O'Hara, set in the Court's Order dated November 5, 2024 (Dkt. No. 22), is vacated.

Respectfully submitted this 10th day of January, 2025.

/s/ Adam M. Apton
Adam M. Apton, Esq.
LEVI & KORSINSKY LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
(212) 363-7500
(212) 363-7171
aapton@zlk.com

*Attorneys for Lead Plaintiff*
*Raffi Khajerian*

/s/ Nicole K. Serfoss
Nicole K. Serfoss, CO BAR #36815
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-1500
(303) 592-1510
NSerfoss@mofo.com

*Attorneys for Defendants SeaStar Medical
Holding Corporation, Eric Schlorff, and
Caryl Baron*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2025, the foregoing Joint (Unopposed) Motion to Set a Briefing Schedule and to Vacate Scheduling Conference was filed via the CM/ECF system, which will serve notification of such filing on counsel of record.

By:    */s/ Nicole K. Serfoss*
Nicole K. Serfoss