IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01873-RMR-TPO

FORREST A K WELLS, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

SEASTAR MEDICAL HOLDING CORPORATION,
ERIC SCHLORFF, and
CARYL BACON,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 10, 2025.**

Before the Court is the Parties' "Joint (Unopposed) Motion to Set a Briefing Schedule and to Vacate Scheduling Conference" [ECF 25]. For good cause shown, the Joint Motion [ECF 25] is **granted**. Accordingly, the Scheduling Conference set for January 22, 2025, and its associated deadlines, are **vacated.** The Parties anticipate that Plaintiff will file an amended Complaint and jointly suggest a briefing schedule. The Court adopts the proposed briefing schedule at ¶ 6.

It is therefore **ORDERED** that

- Plaintiff shall file an amended complaint **on or before March 4, 2025;**
- Defendants shall answer, move against, or otherwise respond to the amended complaint **on or before May 5, 2025;**
- If Defendants file a Motion to Dismiss the amended complaint, Plaintiff shall file their Response **on or before June 19, 2025;** and
- If Defendants file a Motion to Dismiss the amended complaint, Defendants may file any Reply **on or before July 21, 2025.**

The Court **resets** the Fed. R. Civ. P. 16(b) Scheduling Conference to **June 11, 2025, at 10:00 a.m.** for an **in-person** proceeding in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

**No later than seven days** before the Scheduling Conference, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) **jointly email a Word copy of the proposed Scheduling Order, copying all Parties, to Chambers at *o'hara_chambers@cod.uscourts.gov.***