THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:24-cv-01873-RMR-TPO

FORREST A K WELLS, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

SEASTAR MEDICAL HOLDING CORPORATION,
ERIC SCHLORFF, and
CARYL BARON,

        Defendants.

---

**UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR
BRIEFS REGARDING DEFENDANTS' MOTION TO DISMISS**

---

Defendants SeaStar Medical Holding Corporation, Eric Schlorff, and Caryl Baron (collectively, "Defendants"), through undersigned counsel, request that the Court grant leave for Defendants and Lead Plaintiff Raffi Khajerian and additional named plaintiff Breck Hudson (collectively, "Plaintiffs") (together with Defendants, the "Parties"), to file briefs that exceed the page limits under the Court's Civil Practice Standards. The Defendants file this unopposed motion to request up to thirty (30) pages of text for their brief in support of Defendants' Motion to Dismiss and for Plaintiffs' brief in response to thereto. The Defendants also request up to twenty (20) pages of text for their reply brief. In support of this Unopposed Motion to Exceed Page Limit, the Defendants state as follows:

1. Pursuant to the Court's Order granting Unopposed Motion to Set a Briefing Schedule and to Vacate Scheduling Conference (ECF No. 27), Defendants' Motion to Dismiss is due May 5, 2025; Plaintiffs' Response is due on June 19, 2025; and Defendants' Reply is due on July 21, 2025.

2. Pursuant to Judge Rodriguez's Uniform Civil Practice Standards, all motions, objections, responses, and concomitant briefs may not exceed fifteen (15) pages and replies are limited to ten (10) pages, unless the Court has granted an extension where appropriate and for good cause.[1]  RMR Civ. Practice Standard 10.1(c).

3. Good cause exists for exceeding the page limitation.  The First Amended Complaint (ECF No. 29) is 135 pages in length, with securities fraud claims asserted against one corporate and two individual defendants.  The presentation of material allegations and relevant legal arguments in response to the First Amended Complaint requires that the Parties file moving and opposition briefs in excess of fifteen (15) pages and a reply in excess of ten (10) pages.

4. Moreover, each Defendant will assert multiple independent grounds to dismiss the First Amended Complaint, and many of the same grounds for dismissal apply to all Defendants.  Filing a consolidated brief on behalf of all the Defendants in support of their Motions to Dismiss, rather than separate briefs, would preserve party and judicial resources and avoid unnecessary duplication.

---

[1] Magistrate Judge Timothy P O'Hara also places a fifteen (15) page limit on motions and a ten (10) page limit on replies.

5. Under D.C.COLO.LCivR 7.1, counsel for Defendants certifies that the parties conferred regarding this Unopposed Motion and Plaintiffs do not oppose the Defendants' request to exceed the page limits to the extent that Plaintiffs are afforded the same enlargement of up to thirty (30) pages of text for their response to the Defendants' Motion to Dismiss.

WHEREFORE, Defendants respectfully request that the Court grant the Unopposed Motion to Exceed Page Limit and grant leave for Defendants to file a thirty (30) page moving brief in support of their Motion to Dismiss; Plaintiffs to file a thirty (30) page brief in response thereto; and Defendants to file a twenty (20) page reply.

Dated:  April 29, 2025            Respectfully submitted,


MORRISON & FOERSTER LLP

s/ *Nicole K. Serfoss*
Nicole K. Serfoss
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
Tel: (303) 592-2246
nserfoss@mofo.com

*Attorneys for Defendants SeaStar Medical Holding Corporation, Eric Schlorff, and Caryl Baron*

3

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 29th day of April 2025, I filed the

foregoing document using the CM/ECF system, which automatically sends notice and a

copy of the filing to all counsel of record.

/s/ Nicole K. Serfoss
Nicole K. Serfoss