**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:24-cv-01873-RMR-TPO

FORREST A K WELLS, Individually and
on Behalf of All Others Similarly Situated,

  Plaintiff,

v.

SEASTAR MEDICAL HOLDING CORPORATION,
ERIC SCHLORFF, and
CARYL BARON,

  Defendants.

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMIT
FOR BRIEFS REGARDING DEFENDANTS' MOTION TO DISMISS**

---

Upon consideration of the Unopposed Motion to Exceed Page Limit for Briefs Regarding Defendants' Motion to Dismiss for Defendants SeaStar Medical Holding Corporation, Eric Schlorff, and Caryl Baron (collectively, "Defendants") and Lead Plaintiff Raffi Khajerian and additional named plaintiff Breck Hudson (collectively, "Plaintiffs"), in the above-captioned action, and for good cause shown,

IT IS HEREBY ORDERED, DECLARED, AND DECREED, this ___ day of _____, 2025, that:

1.   the Unopposed Motion to Exceed Page Limit for Briefs Regarding Defendants' Motions to Dismiss is GRANTED;

2.   Leave is granted for Defendants to file a thirty (30) page moving consolidated brief in support of their Motion to Dismiss; Plaintiffs to file a

1

thirty (30) page brief in response thereto; and Defendants to file a twenty

(20) page reply.

SO ORDERED this day of _____, 2025.


_____
The Honorable Regina M. Rodriguez