IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01873-RMR-TPO

FORREST A K WELLS, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

SEASTAR MEDICAL HOLDING CORPORATION,
ERIC SCHLORFF, and
CARYL BACON,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 29, 2025.**

Defendants' Unopposed Motion to Exceed Page Limit for Briefs Regarding Defendants' Motion to Dismiss [ECF 30] is **granted.** Defendants' forthcoming motion to dismiss and Plaintiff's response brief may both **exceed the page limits by 15 additional pages, for a total length of 30 pages each.**[1] Defendants' reply brief may **exceed the page limit by 10 additional pages, for a total length of 20 pages**.

---

[1] Page limitations on motions, responses, and replies are exclusive of caption, signature block, and certificate of service.