**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:24-cv-01873-RMR-TPO

FORREST A K WELLS, Individually and
on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

SEASTAR MEDICAL HOLDING CORPORATION,
ERIC SCHLORFF, and
CARYL BARON,

      Defendants.

---

**UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE**

---

Defendants SeaStar Medical Holding Corporation, Eric Schlorff, and Caryl Baron (collectively, "Defendants"), through undersigned counsel, request that the Court vacate the scheduling conference currently set for June 11, 2025.  In support of this Unopposed Motion, the Defendants state as follows:

1. This putative class action asserting claims under the Securities Exchange Act of 1934 is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA").

2. The PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), provides: "In any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss . . . ."

3. Pursuant to the Court's Order granting the Unopposed Motion to Set a Briefing Schedule and to Vacate Scheduling Conference (ECF No. 27), Defendants' Motion

to Dismiss was filed May 5, 2025; Plaintiffs' Response is due on June 19, 2025; and Defendants' Reply is due on July 21, 2025.  The Court also vacated the Scheduling Conference previously set for January 22, 2025, and reset the conference for June 11, 2025.  (ECF No. 27.)

4. Because Defendants' motion to dismiss will not be fully briefed until July 21, 2025 (and the motion will remain "pending" until the Court's decision), the PSLRA's stay of all discovery and other proceedings continues.  Accordingly, Defendants respectfully request that the June 11, 2025 Scheduling Conference be vacated and not reset until after a decision on the motion to dismiss.

5. Pursuant to D.C.COLO.LCivR 6.1(c), counsel for Defendants certifies that the motion was served on its clients.

6. Under D.C.COLO.LCivR 7.1, counsel for Defendants certifies that the parties conferred regarding this Unopposed Motion and Plaintiffs do not oppose the Defendants' request.

WHEREFORE, Defendants respectfully request that the Court grant the Unopposed Motion and vacate the June 11, 2025 Scheduling Conference (and associated deadlines).

Dated:  May 29, 2025

Respectfully submitted,

MORRISON & FOERSTER LLP

s/ *Nicole K. Serfoss*

Nicole K. Serfoss
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
Tel: (303) 592-2246
nserfoss@mofo.com

MORGAN, LEWIS & BOCKIUS LLP

Michael D. Blanchard
Christopher M. Wasil
One State Street
Hartford, CT 06103
Tel: (860) 240-2700
michael.blanchard@morganlewis.com
christopher.wasil@morganlewis.com

*Attorneys for Defendants SeaStar Medical Holding
Corporation, Eric Schlorff, and Caryl Baron*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 29th day of May 2025, I filed the

foregoing document using the CM/ECF system, which automatically sends notice and a

copy of the filing to all counsel of record.

*/s/ Nicole K. Serfoss*

Nicole K. Serfoss