# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:24-cv-01873-RMR-TPO

FORREST A K WELLS, Individually and
on Behalf of All Others Similarly Situated,

 Plaintiff,

v.

SEASTAR MEDICAL HOLDING CORPORATION,
ERIC SCHLORFF, and
CARYL BARON,

 Defendants.

---

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE

---

Upon consideration of the Unopposed Motion to Vacate Scheduling Conference filed by Defendants SeaStar Medical Holding Corporation, Eric Schlorff, and Caryl Baron (collectively, "Defendants") and, for good cause shown,

IT IS HEREBY ORDERED THAT:

1.  the Unopposed Motion is GRANTED;

2.  The Scheduling Conference set for June 11, 2025 (and associated deadlines) are VACATED.

SO ORDERED this day of _____, 2025.

_____
The Honorable Regina M. Rodriguez

1