IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01873-RMR-TPO

FORREST A K WELLS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SEASTAR MEDICAL HOLDING CORPORATION,
ERIC SCHLORFF, and
CARYL BACON,

Defendants.

---

### MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 30, 2025.**

Defendants' Unopposed Motion to Vacate the Scheduling Conference [ECF 39] is **granted.** The Court **vacates** the Scheduling Conference set for June 11, 2025, and its associated deadlines. Within 14 days of the Court's resolution of Defendants' motion to dismiss, the Parties shall file a motion to reset the scheduling conference as appropriate.