**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 1:24-cv-01873-RMR-TPO

FORREST A K WELLS, Individually and
on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

SEASTAR MEDICAL
HOLDING CORPORATION,
ERIC SCHLORFF, and
CARYL BARON,

      Defendants.

---

**ORDER FOR DISMISSAL**

---

THIS MATTER having come before the Court on the parties' STIPULATION OF DISMISSAL WITH PREJUDICE (ECF No. 50), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: April 27, 2026.

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge